IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



UNITED STATES OF AMERICA

V.  CRIMINAL NO. 4:04cr20WN-002

JOHN STEPHENS, JR.

## AGREED ORDER REDUCING SENTENCE

The Court considers this case pursuant to its authority under 18 U.S.C. § 3582(c)(2) and Federal Rule of Criminal Procedure 43(b)(4). The U.S. Sentencing Commission has reduced guideline offense levels for cocaine base cases, and has made the reductions retroactive to previously-sentenced defendants. The parties agree that a sentencing reduction is appropriate in this case. The Court concurs, and hereby ORDERS as follows:

(1)  The sentence is reduced from 78 months to 63 months;

(2)  All other terms and provisions of the original judgment remain in effect.

A copy of this agreed order shall be transmitted to the Bureau of Prisons immediately.

SO ORDERED on this the 29th day of April, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED:

_____     _____
ASSISTANT U.S. ATTORNEY              DEFENSE COUNSEL